ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Civil No. 1:25-cv-01902-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>**(Doc. 10)** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1.      Defendant's response to Plaintiff's Complaint is currently due February 17, 2026. Defendant has not previously requested an extension of this deadline.

2.      At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3.      Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining

electronic certified administrative records (eCARs). We have been working with our previously furloughed staff in order to work through the backlog yet given staffing shortages this eCAR is not available for filing by its current due date.

4.    Given this situation Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

5.    Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6.    This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until April 20, 2026, to respond to Plaintiff's Complaint.

`                                        Respectfully submitted,

Date: February 13, 2026                 ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                By:     *s/ Erin A. Jurrens*
                                        ERIN A. JURRENS
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

Dated: February 13, 2026                /s/ *Jonathan Pena*\*
                                        \*as authorized by e-mail
                                        JONATHAN PENA
                                        Attorney for Plaintiff

ORDER

Pursuant to the parties' stipulation and unopposed motion for extension of time (Doc. 9), IT IS HEREBY ORDERED that Defendant shall have an extension, to and including April 20, 2026, to respond to Plaintiff's complaint.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **February 13, 2026**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE